Order entered July 13, 2022
ALR
 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-21-00545-CV

 Majgek Partners, LLC, Appellant

 V.

 MO and Associates, LLC and
 Jimmy and Susan Montgomery, Appellees

 On Appeal from the 401st Judicial District Court
 Collin County, Texas
 Trial Court Cause No. 401-00310-2019

 ORDER

 Appellees’ joint unopposed motion for extension of time to file a
motion for rehearing is GRANTED. Appellees’ motion is now due to be filed
on or before August 11, 2022.

 /s/ AMANDA L. REICHEK
 JUSTICE